ANN MARIE ROYSTON *v.* QUINETTE E. FACTOR

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 576, is denied.

*John F. Mulvihill,* in support of the petition.

*Robert R. Sheldon,* in opposition.

Decided July 11, 1984

STATE OF CONNECTICUT *v.* CURTISS HEINZ

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 540, is denied.

*Joseph J. Trantolo, Jr.,* in support of the petition.

*Steven M. Sellers,* deputy assistant state's attorney, in opposition.

Decided July 11, 1984

ELSIE LaFAIVE *v.* MARIO DiLORETO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 2 Conn. App. 58, is denied.

*Wesley W. Horton,* in support of the petition.

*L. Paul Sullivan,* in opposition.

Decided July 11, 1984